UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SUSAN COMPETELLO, *on behalf of herself and all others similarly situated*,

                Plaintiff,

v.

CAPUTO JEWELERS, INC.,

                Defendant.

24-CV-4907 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

On July 3, 2024, the Court ordered the parties to meet and confer regarding settlement within 30 days of service of the summons and complaint, and within 15 additional days, to submit a joint letter requesting either (1) referral to mediation or a magistrate judge, or (2) an initial status conference. *See* ECF No. 5. On September 6, 2024, the Court extended the parties' time to submit a joint letter to October 22, 2024. *See* ECF No. 10. To date, no letter has been filed.

The parties shall submit their joint letter no later than November 13, 2024. Failure to do so may result in dismissal of this action pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:    November 6, 2024
             New York, New York

                                                          Ronnie Abrams
                                                          United States District Judge